# EXHIBIT C

**AG CASE**

| STATE OF MICHIGAN<br>54A JUDICIAL DISTRICT<br>30L JUDICIAL CIRCUIT | | COMPLAINT<br>FELONY | DISTRICT:<br>CIRCUIT:<br>CTN: 96-23900733-01<br>MSP #: 2022-0343234-A |
|---|---|---|---|
| District Court ORI: MI330075J | Circuit Court ORI: MI330055J | | AG ORI: MI820025A |

| THE PEOPLE OF THE<br>STATE OF MICHIGAN | v | Defendant's name and address<br>**CLIFFORD JAMES FROST, JR** | Victim or complainant<br>**STATE OF MICHIGAN** |
|---|---|---|---|
| | | | Complaining Witness<br>**SA HOWARD SHOCK** |

| Co-defendant(s) (If known)<br>Kathleen Kay Berden, William Henry Choate, Amy Marie Facchinello, Stanley Tadeusz Grot, John Earl Haggard, Mari Ann McQuaker Henry, Timothy Allen King, Michele Goder Lundgren, Meshawn Maria Maddock, James Robbins Renner, Mayra Adela Rodriguez, Rose Ruth Rook, Marian Ellen Sheridan, Kenneth Alan Thompson, Kent William Vanderwood | | | | Date: On or about<br>**12/14/2020** | |
|---|---|---|---|---|---|
| City/Twp./Village<br>**LANSING** | County in Michigan<br>**INGHAM** | Defendant TCN | Defendant CTN<br>96-23900733-01 | | Defendant SID |
| Defendant DOB<br>Put DOB in Ref. No. row 1 on MC 97 | Defendant DLN<br>Put DLN in Ref. No. row 3 on MC 97 | DLN Type: | Vehicle Type | Defendant Sex<br>**M** | Defendant Race |
| Police agency report no.<br>2022-0343234-A | Charge<br>**See below** | | | Maximum penalty<br>**See below** | |

[ ] A sample for chemical testing for DNA identification profiling is on file with the Michigan State Police from a previous case.

**STATE OF MICHIGAN COUNTY OF INGHAM**
The complaining witness says that on the date above and at 520 W. Seymour St., Lansing, MI 48933, the defendant, contrary to law,

**COUNT 1:** CONSPIRACY- TO COMMIT FORGERY
did unlawfully conspire, combine, confederate and agree together with Kathy Berden, Mayra Rodriguez, Meshawn Maddock, and other persons to falsely make, alter, forge, or counterfeit a public record, with intent to injure or defraud, contrary to MCL 750.248, to-wit: Certificate of Votes of the 2020 Electors from Michigan; contrary to MCL 750.157a. [750.157A]

FELONY:   14 Years and/or $10,000.00

**COUNT 2:** FORGERY
did falsely make, alter, forge, or counterfeit a public record, with intent to injure or defraud, to-wit: Certificate of Votes of the 2020 Electors from Michigan; contrary to MCL 750.248. [750.248]

FELONY:   14 Years

**COUNT 3:** FORGERY
did falsely make, alter, forge, or counterfeit a public record, with intent to injure or defraud, to-wit: Certificate of Votes of the 2020 Electors from Michigan; contrary to MCL 750.248. [750.248]

FELONY:   14 Years

**COUNT 4:** CONSPIRACY- TO COMMIT UTTERING AND PUBLISHING
did unlawfully conspire, combine, confederate, and agree together with Kathy Berden, Mayra Rodriguez, Meshawn Maddock, and other persons, to, contrary to MCL 750.249, utter and publish as true, a certain false, forged, altered or counterfeit record, instrument, or other writing, with intent to injure or defraud, knowing said instrument to be false, altered, forged or counterfeit, said instrument more fully described as follows: Certificate of Votes of the 2020 Electors from Michigan; contrary to MCL 750.157a. [750.157A]

FELONY:   14 Years and/or $10,000.00

**COUNT 5:**  UTTERING AND PUBLISHING
did utter and publish as true, a certain false, forged, altered or counterfeit record, instrument, or other writing, with intent to injure or defraud, knowing said instrument to be false, altered, forged or counterfeit, said instrument more fully described as follows: Certificate of Votes of the 2020 Electors from Michigan; contrary to MCL 750.249. [750.249]

FELONY:  14 Years

**COUNT 6:**  CONSPIRACY- TO COMMIT ELECTION LAW FORGERY
did unlawfully conspire, combine, confederate, and agree together with Kathy Berden, Mayra Rodriguez, Meshawn Maddock, and other persons, to knowingly make, file or otherwise publish a false document with the intent to defraud; contrary to MCL 168.933a, conspire to commit Election Law Forgery, contrary to MCL 750.157a. [750.157A]

FELONY:  5 Years and/or $10,000.00

**COUNT 7:**  ELECTION LAW - FORGERY
did knowingly make, file or otherwise publish a false document with the intent to defraud; contrary to MCL 168.933a.  [168.933A]

FELONY:  5 Years and/or $1,000.00

**COUNT 8:**  ELECTION LAW - FORGERY
did knowingly make, file or otherwise publish a false document with the intent to defraud; contrary to MCL 168.933a.  [168.933A]

FELONY:  5 Years and/or $1,000.00

Court shall order law enforcement to collect a DNA identification profiling sample before sentencing or disposition, if not taken at arrest.

The complaining witness asks that the defendant be apprehended and dealt with according to law.

| | |
|---|---|
| Warrant authorized on __7/13/2023__ by: Date<br>LaDonna Logan (P69715)<br>Assistant Attorney General<br>Criminal Trials & Appeals Division<br>3030 W. Grand Blvd., Suite 10-200<br>Detroit, MI 48202<br>313-456-0180<br>☐ Security for costs posted | I declare under the penalties of perjury that this complaint has been examined by me and that its contents are true to the best of my information, knowledge, and belief.<br><br>**Complaining Witness Signature**<br><br>**Date** |

MC 200  (9/22)  FELONY SET, Complaint (PACC-PAAM Replacement)   MCL764.1*et seq.*,MCL766.1 *et seq.*,MCL767.1*et seq.*,MCR6.101,MCR6.102