UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CLIFFORD FROST, JR.

       Plaintiff,

                                       Case No. 1:23-cv-1226

v.

                                       HON. ROBERT J. JONKER

DANA NESSEL

       Defendant.

_____/

## JUDGMENT

In accordance with the Order entered this day, **IT IS ORDERED** that Plaintiff Clifford Frost Jr.'s action against Defendant Dana Nessel is **DISMISSED WITHOUT PREJUDICE** under the *Younger* abstention doctrine.

Dated:  January 18, 2024        /s/ Robert J. Jonker_____
                                       ROBERT J. JONKER
                                       UNITED STATES DISTRICT JUDGE